**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Bobby Ray WHITE, Jr., Defendant–
Appellant.**

**No. 09–7433.**

United States Court of Appeals,
Fourth Circuit.

Submitted: June 17, 2010.

Decided: June 23, 2010.

Bobby Ray White, Jr., Appellant Pro Se. Anne Margaret Hayes, Rudolph A. Renfer, Assistant United States Attorneys, Raleigh, North Carolina, for Appellee.

Before MOTZ and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Bobby Ray White, Jr., appeals the district court's order denying his 18 U.S.C. § 3582(c) (2006) motion for a sentence reduction. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. White,* No. 5:98–cr–00158–BO–1 (E.D.N.C. July 21, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*